David A. Baldwin (SBN 301970)
LAW OFFICE OF DAVID BALDWIN
333 S. Grand Ave., Suite 3310
Los Angeles, CA 90071
Telephone: (323) 595-3989
Facsimile: (323) 417-5176
david@davidbaldwinlaw.com

Levi M. Plesset (SBN 296039)
LAW OFFICE OF LEVI PLESSET
770 Haiku Rd., P.O. Box 1248
Haiku, HI 96708
Tel: (510) 499-7100
plessetlaw@gmail.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMILIE BAUM, on behalf of herself and all others similarly situated and the public,

Plaintiff,

v.

FRITO-LAY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:25-cv-01408-JGB-SHK

JOINT STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE FOR DEFENDANT FRITO-LAY, INC.'S ANTICIPATED MOTION TO DISMISS

Complaint Served: June 23, 2025
Current Response Due: August 13, 2025
New Response Due: September 1, 2025

Plaintiff EMILIE BAUM ("Plaintiff") and Defendant FRITO-LAY, INC. ("Defendant", and together the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**RECITALS**

1. Plaintiff served the operative Complaint on June 23, 2025.

2. On July 14, 2025, the Parties filed a stipulation pursuant to L.R. 8-3 extending Defendant's deadline to file a responsive paper to the Complaint to August 13, 2025.

3. Plaintiff now seeks to amend the Complaint to clarify that Plaintiff served Defendant with a Consumers Legal Remedies Act notice pursuant to California Civil Code § 1782(a) on June 4, 2025 (the "Notice"), and, because Defendant did not correct or cease the challenged practices within 30 days, Plaintiff now seeks actual damages under the CLRA.

4. Federal Rules of Civil Procedure 15(a)(2) provides that courts should freely give leave to amend when justice so requires.

5. The Parties have met and conferred and agree that permitting the amendment will promote efficiency and cause no prejudice.

6. The Parties have met and conferred and have agreed to a briefing schedule for Frito-Lay's anticipated motion to dismiss, outlined below.

**STIPULATION**

Subject to the Court's approval, the Parties stipulate and agree as follows:

1. Plaintiff is granted leave to file a First Amended Complaint ("FAC"). The proposed FAC attached as Exhibit "A" to this Stipulation is deemed filed and served as of the date of entry of the Order below. Plaintiff shall also separately file the FAC on the ECF docket within one (1) court day after the Order issues.

2. Defendant shall file its anticipated Motion to Dismiss on or before September 1, 2025.

3. Plaintiff shall file her opposition on or before September 30, 2025.

4. Defendant shall file its reply brief on or before October 21, 2025.

5. By entering into this Stipulation, no Party waives any claim, defense, objection, or argument, including those under Federal Rules of Civil Procedure 8 through 12, any jurisdictional or venue defenses, or any rights to move, plead, or otherwise respond to the FAC.

6. Except as expressly provided herein, this Stipulation does not alter any other deadlines set by rule or court order.

IT IS SO STIPULATED.

Dated: August 1, 2025

**LAW OFFICE OF DAVID BALDWIN**

By: */s/ David A. Baldwin*
David A. Baldwin, Bar No. 301970
david@davidbaldwinlaw.com

Levi M. Plesset, Bar No. 296039
plessetlaw@gmail.com

Attorneys for Plaintiff
EMILIE BAUM

Dated: August 1, 2025

**PERKINS COIE LLP**

By: */s/ Jasmine W. Wetherell*
Jasmine W. Wetherell, Bar No. 288835
JWetherell@perkinscoie.com
Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com

Attorneys for Defendant
FRITO-LAY, INC.